## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**DANIELLE DEVARONA,**
Appellant,

v.

**WAL-MART STORES, INC.,** a Delaware Corporation and **WAL-MART STORES EAST, LP,** a Delaware Limited Partnership,
Appellees.

No. 4D18-1075

[January 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE160006653(25).

Ron Renzy of Wallberg & Renzy, P.A., Coral Springs, for appellant.

Gregory A. Reed and Julian M. Smothers of Simon, Reed & Salazar, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***